UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ROBERT D. FLOYD,

    Plaintiff,

v.

SALLIE MAE, INC.
and JOHN DOE,

    Defendants.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC,* 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendants placed telephone calls into this District.

## PARTIES

3.    Plaintiff, ROBERT DALE FLOYD, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4. Defendant, SALLIE MAE, INC., ("Sallie Mae") is a corporation and citizen of the State of Virginia with its principal place of business at 2001 Edmund Halley Drive, Reston, Virginia 20191.

5. Defendant, JOHN DOE ("John Doe") is an entity acting on behalf of SALLIE MAE, INC.

## FACTUAL ALLEGATIONS

6. Sallie Mae, John Doe, or another party acting on their behalf, left over 100 pre-recorded messages on Plaintiff's cellular telephone during 2011 and 2012.

7. Sallie Mae, John Doe, or another party acting on their behalf, left similar or identical messages on other occasions using an automated telephone dialing system or pre-recorded or artificial voice on Plaintiff's cellular telephone.

8. None of Defendants' telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227 (b)(1)(A).

9. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

10. Plaintiff incorporates Paragraphs 1 through 9.

11. Sallie Mae, John Doe, or another party acting on their behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

2

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, Sallie Mae, Inc. and John Doe for:

a. Damages;

b. a declaration that Defendants' calls violate the TCPA;

c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com

By: /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658