UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22649-Civ-COOKE/LOUIS

ROBERT D. FLOYD,

Plaintiff,

vs.

SALLIE MAE, INC., *et al.*,

    Defendants.

_____/

**AMENDED FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Defendants' Motion for Summary Judgment (ECF No. 140), **JUDGMENT** is hereby entered in favor of Plaintiff and against Defendants, and the Plaintiff is awarded statutory damages in the amount of $14,000.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 23rd day of June 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren Fleischer Louis, U.S. Magistrate Judge*
*Counsel of record*