UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-22649-Civ-Cooke/Louis

ROBERT D. FLOYD,

    Plaintiff,
v.

SALLIE MAE, INC.,

    Defendant.
_____/

### NOTICE OF APPEAL

**NOTICE IS GIVEN** that Plaintiff, Robert D. Floyd, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendant's Motion to Summary Judgment (DE 140), entered December 27, 2018, a copy of which is attached as Exhibit "A" and the Amended Final Judgment (DE 149), entered June 24, 2020, a copy of which is attached as Exhibit "B."

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        don@donyarbrough.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-22649-Civ-Cooke/Louis

ROBERT D. FLOYD.,

 Plaintiff,

v.

SALLIE MAE, INC.,

 Defendant.
_____/

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on July 24, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             s/Donald A. Yarbrough
             Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Michael Paul Schuette, Jr**.,** Esq.
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
Telephone: 813-890-2472
Email: mschuette@sessions.legal

Via Notices of Electronic Filing generated by CM/ECF