UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22649-Civ-COOKE/LOUIS

ROBERT D. FLOYD,

    Plaintiff,

vs.

SALLIE MAE, INC.,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

THIS MATTER is before the Court on United States Magistrate Judge Lauren F. Louis' Report and Recommendations (ECF No. 162) on Plaintiff's Verified Bill of Costs (ECF No. 150). Judge Louis recommends that the Court grant in part Verified Bill of Costs and award Plaintiff $4,880.85 in costs. Defendant has not filed objections to the Report, and the time to do so has passed.

After reviewing the record, Judge Louis' Report, and the relevant legal authorities, the Court finds Judge Louis' Report clear, cogent, and compelling. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Louis' Report and Recommendations (ECF No. 162) and **GRANTS in part** Verified Bill of Costs (ECF No. 150). The Court **AWARDS** Plaintiff $4,880.85 in costs.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 3rd day of November 2020.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren F. Louis, U.S. Magistrate Judge*
*Counsel of Record*